IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 11-30073-DRH-1 |
| | ) |
| KEVIN COOK | ) |
| | ) |
| Defendant. | ) |

## ORDER

**HERNDON, Chief Judge:**

Before the Court is public defender Renee E. Schooley's motion to withdraw as appointed counsel (Doc. 23). Schooley was originally appointed as counsel for Cook pursuant to 18 U.S.C. § 3006A. Since Schooley's appointment, however, defendant has retained counsel and that counsel has recently entered his notice of appearance (Doc. 22). As Cook has now retained counsel, Schooley asks that she be allowed to withdraw from the case. Based on the reasons set forth in the motion, the Court **GRANTS** the motion to withdraw as appointed counsel (Doc. 23). Accordingly, the Court **WITHDRAWS** Renee E. Schooley as attorney of record for Cook.

**IT IS SO ORDERED.**

Signed this 27th day of June, 2011.

David R. Herndon
2011.06.27
06:07:09 -05'00'

**Chief Judge**
**United States District Court**